# Staunton

LINDSEY WALKER v. BILLIE GLOVER, BY ETC.

September 11, 1936.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Browning and Eggleston, JJ.

*L. Preston Collins, George F. Cook* and *Charles H. Funk,* for the plaintiff in error.

*Warren & Cantwell, J. P. Buchanan* and *H. E. Widener,* for the defendant in error.